**Order entered May 27, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00807-CV

## IN RE DAVID BARNES, Relator

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-11126**

### ORDER
Before Justices Schenck, Molberg, and Nowell

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** Relator's petition for writ of mandamus in part. We **ORDER** the family court to vacate its August 17, 2021 Interim Order on Requested Relief for Clarification to the extent that the order enjoins Relator from: (1) taking any action that would cause the Children to be ineligible to attend HPISD schools; (2) disrupting, or attempting to disrupt, the Children's enrollment in HPISD; and (3) taking any action or encouraging others to interfere with the Children's eligibility to attend HPISD schools. In all other respects, we **DENY** Relator's petition for writ of mandamus.

We further **ORDER** the trial court to file with this Court, **within fifteen (15) days** of the date of this Order, a certified copy of its order issued in compliance with this Order.  Should the trial court fail to comply with this Order, the writ will issue.


/s/     ERIN A. NOWELL
        JUSTICE